UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANELA BLAMBIC,
HAJRUDIN BLAMBIC,
on behalf of themselves & all
similarly situated employees,

    Plaintiffs,

                                                Case Number _____

v.

SCRIPTFLEET, INC.

    Defendant.
_____/

## COMPLAINT & JURY DEMAND

The Plaintiffs, Sanela Blambic and Hajrudin Blambic, on behalf of themselves and all similarly situated employees sue Scripfleet, Inc. pursuant to 29 U.S.C. § 216(b) for failing to keep accurate time records, account for all time worked and pay overtime in accordance to 29 U.S.C. § 207(a)(1).

1. Plaintiffs worked for Defendant in Pinellas County, Florida.

2. The Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

3. Defendant has gross revenues of over $500,000.00 per year.

4. Defendant employs two or more employees who are individually covered by the Fair Labor Standards Act.

5. Defendant employs two or more employees who handle goods that have travelled through interstate commerce.

6. Defendant is an enterprise as defined by 29 U.S.C. § 203(r)&(s).

1

7. Defendant employed Plaintiffs.

8. Plaintiffs worked for Defendant, but were not paid for all hours they worked at the correct rate pursuant to 29 U.S.C. § 207(a)(1).

9. Defendant failed to keep accurate time records pursuant to 29 U.S.C. 211(c) and 29 C.F.R. Part 516.

10. Plaintiffs worked for Defendant as couriers. They routinely worked more than 40 hours in a workweek but were not paid for all the hours they worked at the correct rate.

11. Plaintiffs bring this unpaid overtime claim on behalf of themselves and all similarly situated employees who worked for the Defendant at anytime within the past three years.

12. Defendant willfully violated the Fair Labor Standards Act.

Wherefore, Plaintiffs demand trial by jury, conditional class certification, unpaid overtime, prejudgment interest, liquidated damages, declaration that the FLSA was violated, attorneys' fees and costs.

Respectfully submitted this 7th day of April 2010,

/s/ **Bernard R. Mazaheri**
Bernard R. Mazaheri
Florida Bar Number 643971
Morgan & Morgan
20 N Orange Ave. Ste. 1600
Orlando, Florida 32801
Tel – (407)420-1414
Email – bmazaheri@forthepeople.com